UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| NICOLE STARLING-SHAKIR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:15-cv-02463-MHC |
| | ) | |
| SYNCHRONY BANK, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, NICOLE STARLING-SHAKIR, by and through the undersigned counsel, and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

Dated: February 10, 2016    RESPECTFULLY SUBMITTED,
By:/s/ Shireen Hormozdi
Krohn & Moss, Ltd.
1112 Ocean Drive, Third Floor
Manhattan Beach, CA 90266
Tel: (323) 988-2400
shormozdi@consumerlawcenter.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System and by electronic mail.

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
